IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

Vs                  **CASE NO. 4:10CR00270-11 BSM**

**SHEILA LANFAIR a/k/a Sheila Landfair**                   **DEFENDANT**

## AMENDED JUDGMENT

The Judgment entered on September 28, 2011 [Doc. No. 221] is amended to correct a mistake. The term of supervised release of three (3) years is hereby removed.

The remaining portions of the Judgment will remain in full force and effect. The Clerk is directed to provide a copy of this order to the Financial Section of the Clerk's Office, United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 30th day of September, 2011.

                                                         _/s/ Brian S. Miller_
                                                         UNITED STATES DISTRICT JUDGE